# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARTHUR LEE GIVENS | ) | Case No:  3:94CR00145-005 |
| | ) | USM No:  11440-058 |
| Date of Previous Judgment:  May 17, 1995 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.  ❏ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | | |
|---|---|---|---|---|---|
| Previous Offense Level: | 32 | | Amended Offense Level: | 30 | |
| Criminal History Category: | V | | Criminal History Category: | V | |
| Previous Guideline Range: | 188 to 235 months | | Amended Guideline Range: | 151 to 188 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❏ The reduced sentence is within the amended guideline range.

❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction recommended due to defendant's prior violent criminal history and numerous serious disciplinary actions while in custody.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  May 17, 1995  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   September 18, 2008

Effective Date: _____
(if different from order date)

*Graham C. Mullen*

Graham C. Mullen
United States District Judge